UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**George L. Russell, III**<br>United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

July 21, 2016

MEMORANDUM TO COUNSEL RE:     <u>Evergreen Health Cooperative Inc. v. United States Department of Health and Human Services, et al.</u>
Civil Action No. GLR-16-2039

Dear Counsel:

Pending before the Court are Plaintiff's Motion for Preliminary Injunction (ECF No. 18) and Motion for Temporary Restraining Order or, in the Alternative, Expedited Hearing and Decision on the Motion for Preliminary Injunction (ECF No 19). For the reasons stated on the record during the hearing held on July 21, 2016, the Motions are DENIED.

Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
_____
George L. Russell, III
United States District Judge