UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| EVERGREEN HEALTH COOPERATIVE, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )   No. 1:16-cv-02039- GLR<br>) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES *et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DEFENDANTS' MOTION TO DISMISS COUNTS II AND III OF THE COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

The government respectfully moves to dismiss Count II of Plaintiff's Complaint for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1) or, in the alternative, for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  The government also respectfully moves to dismiss Count III of Plaintiff's Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).  The bases for this motion are set forth in the accompanying memorandum of points and authorities.

Dated: August 15, 2016                    Respectfully submitted,

                                BENJAMIN C. MIZER
                                Principal Deputy Assistant Attorney General

                                ROD J. ROSENSTEIN
                                United States Attorney

JOEL McELVAIN
Assistant Branch Director
Federal Programs Branch

*/s/ Matthew J.B. Lawrence*
MATTHEW J.B. Lawrence
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W.
Rm. 6132
Washington, D.C. 20530
Telephone: (202) 616-8105
Telefacsimile: (202) 616-8460
Matthew.Lawrence@usdoj.gov

Attorneys for Defendant

Certificate of Service

      I hereby certify that on the 15th day of August, 2016, I caused the forgoing Motion to be served on counsel for plaintiff by filing with the court's electronic case filing system.

*/s/ Matthew J.B. Lawrence*

Matthew J.B. Lawrence

Notice of Courtesy Copy

      I hereby certify that on the 16th day of August, 2016, I will send a courtesy copy of the foregoing to Chambers by overnight mail.

*/s/ Matthew J.B. Lawrence*

Matthew J.B. Lawrence