IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| EVERGREEN HEALTH COOPERATIVE INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) Civ. No. 16-cv-2039 |
| Defendants. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion to Deny Defendants' Partial Motion to Dismiss, ECF No. 41, as moot. The Motion is **GRANTED**. Defendants' Partial Motion to Dismiss is hereby denied as moot.

SO ORDERED.

ENTERED: *October 13*, 2016

*George L. Russell*

HON. GEORGE L. RUSSELL III, U.S. DISTRICT JUDGE

DC: 6200692-1